# Third District Court of Appeal

## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D25-0801
Lower Tribunal No. 24-382-GD-02

————————

**C. Eugene Sims,**
Appellant,

vs.

**Christine Sims,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Miami Family Law Group, PLLC and Erick Lora, for appellant.

Morales & Levine, P.A., Christian L. Gonzalez-Rivera, and Morgan J. Levine, for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.